UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Phone: (973) 675-5622; Fax: (408) 519-6711
Email: bankruptcy123@comcast.net

**Order Filed on July 31, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

In Re:

SILVIA ALVAREZ,

DEBTOR

Case No.:    18-15006 (SLM)

Chapter:     13

Judge:       Stacey L. Meisel

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 31, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  4/26/18  :

Property:  607 87TH STREET, NORTH BERGEN, NJ 07047

Creditor:  SPECIALIZED LOAN SERVICING

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by  DEBTOR , and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including  10/30/2018  .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2