UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

PELLEGRINO & FELDSTEIN, LLC
Denville, Law Center
290 Route 46 West
Denville, New Jersey 07834
(973) 586-2300
ATTORNEYS FOR MOVANT: CULLEN SCHAFFER

**Order Filed on January 28, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

IN RE:
Silvia L. Alvarez

CASE NO. 18-15006-SLM

CHAPTER 13

## CONSENT ORDER

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**.

**DATED: January 28, 2019**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)
Debtor: Silvia L. Alvarez

Case No: 18-15006-SLM

Caption of Order: CONSENT ORDER

    Cullen Schaeffer, a secured creditor holding a certain tax sale certificate 17-00231 on the premises known as 607 87th Street, North Bergen, NJ the creditor and debtor agree that , it is hereby

    ORDERED that the creditor herein is allowed to file a Proof of Claim and same shall be considered timely; and

    It is further ordered that payment to creditor shall be made through the Chapter 13 Plan.

HEREBY AGREED AND CONSENTED TO BY:

PELLEGRINO & FELDSTEIN, LLC

BY:/s/Deborah Feldstein  
DEBORAH FELDSTEIN, ESQ.  
ATTORNEY FOR  
Cullen Schaffer

BY:/s/ Herbert B. Raymond  
HERBERT B. RAYMOND.  
ATTORNEY FOR DEBTOR