UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

PELLEGRINO & FELDSTEIN, LLC
Denville, Law Center
290 Route 46 West
Denville, New Jersey 07834
(973) 586-2300
ATTORNEYS FOR MOVANT: CULLEN SCHAFFER

IN RE:
Silvia L. Alvarez

**Order Filed on January 28, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

CASE NO. 18-15006-SLM

CHAPTER 13

## CONSENT ORDER

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**.

**DATED: January 28, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)
Debtor: Silvia L. Alvarez

Case No: 18-15006-SLM

Caption of Order: CONSENT ORDER

    Cullen Schaeffer, a secured creditor holding a certain tax sale certificate 17-00231 on the premises known as 607 87th Street, North Bergen, NJ the creditor and debtor agree that , it is hereby

    ORDERED that the creditor herein is allowed to file a Proof of Claim and same shall be considered timely; and

    It is further ordered that payment to creditor shall be made through the Chapter 13 Plan.

HEREBY AGREED AND CONSENTED TO BY:

PELLEGRINO & FELDSTEIN, LLC

BY:/s/Deborah Feldstein  
DEBORAH FELDSTEIN, ESQ.  
ATTORNEY FOR  
Cullen Schaffer

BY:/s/ Herbert B. Raymond  
HERBERT B. RAYMOND.  
ATTORNEY FOR DEBTOR

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-15006-SLM
Silvia L Alvarez                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1            Date Rcvd: Jan 28, 2019
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2019.
db          +Silvia L Alvarez,   607 87th Street,   North Bergen, NJ 07047-5104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2019 at the address(es) listed below:
              Deborah T. Feldstein    on behalf of Creditor    Cullen Schaffer dfeldstein@caplaw.net
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               GSR Mortgage Loan Trust 2006-OA1, Mortgage Pass-Through Certificates, Series 2006-OA1
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Silvia L Alvarez bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               GSR Mortgage Loan Trust 2006-OA1, Mortgage Pass-Through Certificates, Series 2006-OA1
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6