UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Phone: (973) 675-5622; Fax: (408) 519-6711
Email: bankruptcy123@comcast.net

**Order Filed on May 6, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

In Re:

SILVIA ALVAREZ,

DEBTOR

Case No.:       18-15006 (SLM)

Chapter:              13

Judge:        Stacey L. Meisel

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 6, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____2/11/19_____ :

Property:     607 87TH STREET, NORTH BERGEN, NJ 07047

Creditor:     SPECIALIZED LOAN SERVICING

and a Request for

☒   Extension of the 90 day Loss Mitigation Period having been filed by _____DEBTOR_____, and for good cause shown

☐   Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____7/30/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*