Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  18−15006−SLM
                Chapter:  13
                Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Silvia L Alvarez
   aka Sylvia L Alvarez
   607 87th Street
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−5511

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on May 15, 2018.

   On 07/27/2019 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                September 11, 2019
Time:               08:30 AM
Location:         Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 29, 2019
JAN: dlr

                                                                                     Jeanne Naughton
                                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Silvia L Alvarez  
    Debtor

Case No. 18-15006-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Jul 29, 2019  
                     Form ID: 185     Total Noticed: 67

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2019.

```
db             +Silvia L Alvarez,    607 87th Street,    North Bergen, NJ 07047-5104
cr             +Cullen Schaffer,    c/o Pellegrino & Feldstein LLC,    290 Route 46 West,
                 Denville, NJ 07834-1239
517387380      +Allstate Insurance Company,    PO Box 40048,    Roanoke, VA 24022-0048
517387381       Allstate Insurance Company of NJ,    PO Box 503,    Jackson, MS 39205-0503
517387382      +Anthony L Velasquez,    Corporate Counsel, Tryko Partners,    575 Route 70, 2nd Floor,
                 Brick, NJ 08723-4042
517387383      +Anthony L Velasquez, ESQ,    Corporate Counsel, Tryko Partners,    575 Route 70, 2nd Floor,
                 P0 Box 1030,    Brick, NJ 08723-0090
517387387      +Bank of America,    PO Box 9000,    Getzville, NY 14068-9000
517387386      +Bank of America,    PO Box 17645,    Baltimore, MD 21297-1645
517387384       Bank of America,    PO Box 220411,    Greensboro, NC 27420
517387385       Bank of America,    PO Box 2240,    Brea, CA 92822
517387390      +Citibank,    PO Box 6500,    Sioux Falls, SD 57117-6500
517387391      +Citibank,    PO Box 91600,    Albuquerque, NM 87199-1600
517387392      +City of North Bergen,    Tax Collector,    Muncipal Building,    4233 Kennedy Blvd.,
                 North Bergen, NJ 07047-2779
518010559      +Cullen Schaffer,    32 Erie Street,    Jersey City, NJ 07302-2820
517387393      +D & A Services,    1400 E Toughy Avenue,    Suite G2,    Des Plaines, IL 60018-3338
517427837      +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517387398      +Dynia & Associates LLC,    4849 N Milwaukee Avenue,    Suite 801,    Chicago, IL 60630-2680
517387400      +FIA Card Services, NA,    P0 Box 15137,    Wilmington, DE 19850-5137
517387401      +FNA Jersey BOI, LLC,    575 Route 70,    2nd Floor,    Brick, NJ 08723-4042
517387399       Fia /Bank of America,    Attn: Bankruptcy,    P0 Box 15021,    Wilmington, DE 19850
517387402      +Hackensack University Medical Center,    PO Box 48027,    Newark, NJ 07101-4827
517387403      +Hackensack University Medical Center,    30 Prospect Street,    Hackensack, NJ 07601-1915
517387404      +Hackensack University Medical Center,    30 Prospect Street,    PO Box 48028,
                 Hackensack, NJ 07601-1915
517387405      +Hayt, Hayt and Landau,    2 Industrial Way West,    P0 Box 500,    Eatontown, NJ 07724-0500
517387406      +Hayt, Hayt and Landau ESQ,    2 Industrial Way West,    P0 Box 500,    Eatontown, NJ 07724-0500
517387407      +Keil & Sons,    1 Bergen Road,    Fairview, NJ 07022-1801
517387412      +North Bergen MUA,    6200 Tonnelle Avenue,    North Bergen, NJ 07047-3312
517387413      +North Bergen MUA NJ,    6200 Tonnelle Avenue,    North Bergen, NJ 07047-3312
517387414      +North Jersey Primary Care Associates,    P0 Box 34062,    Newark, NJ 07189-0001
517387415      +North Jersey Primary Care Associates,    P0 Box 9500-4535,    Philadelphia, PA 19195-0001
517387418      +Pam Investors,    127 South Washington Avenue,    Bergenfield, NJ 07621-2938
517387420       Pluese, Becker & Saltzman,    20000 Horizon Way,    Suite 900,    Mount Laurel, NJ 08054-4318
517387421      +Plueses, Becker, & Saltzman,    Attorneys At Law,    20000 Horizon Way,    Suite 900,
                 Mount Laurel, NJ 08054-4318
517387422      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517387423      +Pressler & Pressler ESQ,    7 Entin Road,    Parsippany, NJ 07054-5020
517387424      +Professional Adjmnt Co,    14410 Metropolis Avenue,    Fort Myers, FL 33912-4341
517387426      +Professional Adjustment Company,    14410 Metropolis Avenue,    Ft Myers, FL 33912-4341
517387427      +SLS,    PO Box 636005,    Littleton, CO 80163-6005
517387428      +SLS,    8742 Lucent Boulevard,    Suite 300,    Littleton, CO 80129-2386
517387430      +Specialized Loan Servicing,    8742 Lucent Blvd.,    Suite 300,    Littleton, CO 80129-2386
517387431      +Specialized Loan Servicing, LLC,    PO Box 636005,    Littleton, CO 80163-6005
517387435      +Stenger and Stenger PC LLC,    4095 Embasay Drive,    Suite A,    Grand Rapids, MI 49546-2457
517387437      +Us Bank,    2 Liberty Place,    50 South 16th Street,    Suite 1950,    Philadelphia, PA 19102-2521
517387436      +Us Bank,    50 South 16th Street,    Philadelphia, PA 19102-2521
517387439      +Wells Fargo,    PO Box 911,    Des Moine, IA 50304-0911
517387438      +Wells Fargo,    PO Box 95225,    Albuquerque, NM 87199-5225
517387440      +Wells Fargo Auto Finance,    PO Box 29704,    Phoenix, AZ 85038-9704
517387441      +Wells Fargo Automotive,    PO Box 60510,    Los Angeles, CA 90060-0510
517387443      +Wells Fargo Dealer Services,    Po Box 1697,    Winterville, NC 28590-1697
517387442      +Wells Fargo Dealer Services,    Attn: Bankruptcy,    P0 Box 19657,    Irvine, CA 92623-9657
517387444      +Wells Fargo Home Loans,    1 Home Campus,    X20501-01H,    Des Moines, IA 50328-0001
517387445      +Wells Fargo Home Mortgage,    5024 Parkway Plaza Blvd.,    Charlotte, NC 28217-1962
517387446      +Wells Fargo Home Mortgage,    PO Box 10437,    Des Moines, IA 50306-0437
517387447      +Wells Fargo Home Mortgage, Inc.,    One Home Campus,    Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 30 2019 00:11:36      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 30 2019 00:11:34      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2019 00:22:58
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517387388      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 30 2019 00:12:19      CCS,
                 Payment Processing Center,    PO Box 55126,    Boston, MA 02205-5126
517387389      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 30 2019 00:12:19      CCS,    2 Wells Avenue,
                 Newton Center, MA 02459-3246
```

```
District/off: 0312-2           User: admin              Page 2 of 2                   Date Rcvd: Jul 29, 2019
                               Form ID: 185             Total Noticed: 67
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517387395        E-mail/Text: mrdiscen@discover.com Jul 30 2019 00:10:36      Discover Card,    PO Box 30943,
                  Salt Lake City, UT 84130
517387394        E-mail/Text: mrdiscen@discover.com Jul 30 2019 00:10:36      Discover Card,    PO Box 30953,
                  Salt Lake City, UT 84130
517387397        E-mail/Text: mrdiscen@discover.com Jul 30 2019 00:10:36      Discover Financial,    Po Box 15316,
                  Wilmington, DE 19850
517387396       +E-mail/Text: mrdiscen@discover.com Jul 30 2019 00:10:36      Discover Financial,    P0 Box 3025,
                  New Albany, OH 43054-3025
517387409       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 30 2019 00:11:34      Midland Funding,
                  2365 Northside Drive Ste 30,    San Diego, CA 92108-2709
517387410       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 30 2019 00:11:34      Midland Funding,
                  Attn: Bankruptcy,    P0 Box 939069,    San Diego, CA 92193-9069
517387434       +E-mail/Text: bncnotices@stengerlaw.com Jul 30 2019 00:10:37      Stenger and Stenger ESQ,
                  4095 Embasay Drive,    Suite A,    Grand Rapids, MI 49546-2457
517391400       +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2019 00:22:58      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,     PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517387408*      +Keil & Sons LLC,    1 Bergen Road,    Fairview, NJ 07022-1801
517387411*      +Midland Funding Co. Inc.,    2365 Northside Drive Ste 30,    San Diego, CA 92108-2709
517387419*      +Pam Investors LLC,    127 South Washington Avenue,    Bergenfield, NJ 07621-2938
517387425*      +Professional Adjmnt Co,    14410 Metropolis Ave,    Fort Myers, FL 33912-4341
517387427*      +Professional Adjustment Company,    14410 Metropolis Avenue,    Ft Myers, FL 33912-4341
517387432*      +Specialized Loan Servicing, LLC,    PO Box 636005,    Littleton, CO 80163-6005
517387433*      +Specialized Loan Servicing, LLC,    8742 Lucent Blvd.,    Suite 300,    Littleton, CO 80129-2386
517387416      ##+Nudleman, Klemm & Golub,    425 Eagle Roack Avenue,    Suite 403,    Roseland, NJ 07068-1717
517387417      ##+Nudleman, Klemm & Golub PC,    425 Eagle Rock Avenue,    Suite 403,    Roseland, NJ 07068-1717
                                                                                     TOTALS: 0, * 7, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2019 at the address(es) listed below:
```
              Deborah T. Feldstein    on behalf of Creditor    Cullen Schaffer dfeldstein@caplaw.net
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               GSR Mortgage Loan Trust 2006-OA1, Mortgage Pass-Through Certificates, Series 2006-OA1
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Silvia L Alvarez herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               GSR Mortgage Loan Trust 2006-OA1, Mortgage Pass-Through Certificates, Series 2006-OA1
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```