UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

RAYMOND & RAYMOND
ATTORNEYS AT LAW
7 GLENWOOD AVENUE, 4TH FLOOR
EAST ORANGE, NEW JERSEY 07017
TELEPHONE (973) 675-5622
TELEFAX (408) 519-6711
Email: herbertraymond@gmail.com
HERBERT B. RAYMOND, ESQ.
JEFFREY M. RAYMOND, ESQ.
KEVIN DELYON, ESQ.
ATTORNEYS FOR THE DEBTOR(S)

**Order Filed on December 26, 2019
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

SILVIA L. ALVAREZ, DEBTOR(S)

Case No.: 18-15006 SLM

Adv. No.:

Hearing Date: N/A

Judge: STACEY L. MEISEL

## ORDER AUTHORIZING LOAN MODIFICATION AND FOR OTHER RELIEF

The relief set forth on the following pages, two (2) through four (4) is hereby ORDERED:

**DATED: December 26, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor: Silvia L. Alvarez, Debtor(s)

Case no.: 18-15006 SLM

Caption of order: Order Authorizing Loan Modification and for Other Relief

_____

1. That the Debtor be and is hereby authorized to enter into and consummate a loan modification with Specialized Loan Servicing, LLC ('Specialized'), pursuant to the terms and conditions of the proposed loan modification agreement, entitled 'Modification Agreement', filed as an Exhibit in support of this motion, relating to real property located at 607 87th Street, North Bergen, New Jersey 07047 and the loan modification be and is hereby approved.

2. That the Debtor and/or Specialized, be and are authorized to enter and consummate any transaction necessary and incident to the loan modification relating to this property, the sole exception being the transfer of the property or an interest in the property by the Debtor(s) to someone else.

   a. Limited automatic stay relief is granted, to allow Specialized, to negotiate any such agreement with the Debtor or counsel, enter into and sign a loan modification agreement, and record any documents with the appropriate county recorders office without such action being considered a violation of the automatic stay.

3. That the Debtor and/or Specialized, are authorized to negotiate and prepare the terms or documents relating to a

Page 3

Debtor: Silvia L. Alvarez, Debtor(s)

Case no.: 18-15006 SLM

Caption of order: Order Authorizing Loan Modification and for Other Relief

_____

loan modification, or any necessary transaction incident to a loan modification agreement, such as, but not limited to the circumstances described above, with respect to this property and any such negotiation and/or preparation of documents and/or recording of documents, by the parties shall not considered to be a violation of the automatic stay and are specifically authorized by the Court.

    4. That any communication by the parties relating to the loan modification shall be considered to be negotiations, pursuant to the Rules of Evidence, and shall not be used by either party against the other in the context of any subsequent litigation in this Court or any state court, federal court or non-judicial forum.

    5. That nothing in this order shall be construed as a modification of the plan.

    6. That the mortgage company and/or mortgage servicer may not persuade the Debtor(s) to dismiss this case in order to consummate a loan modification.

    7. That because the mortgage is being modified and the arrears, whether pre-petition, post-petition or because of a post-petition delinquency caused by the reduced loss mitigation

Page 4

Debtor: Silvia L. Alvarez, Debtor(s)

Case no.: 18-15006 SLM

Caption of order: Order Authorizing Loan Modification and for Other Relief

_____

payment, if applicable, are being addressed in the new mortgage(s), the pre-petition arrearage claim[2], filed by Specialized, or its predecessors, assignees or successor(s) in interest, as claim number one (1) on the claims register, shall not be paid and the Trustee shall not make any payments/disbursements on any pre-petition arrearage claim or any other delinquent sums due. If the modification is not consummated for any reason, Specialized, may, at any time during the pendency of this case, re-list the matter for further hearing, otherwise, this order shall be deemed final.

---

[2] And any other arrearage for a reason noted or otherwise.

United States Bankruptcy Court
District of New Jersey

In re:  
Silvia L Alvarez  
      Debtor

Case No. 18-15006-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 26, 2019  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2019.  
db         +Silvia L Alvarez,    607 87th Street,    North Bergen, NJ 07047-5104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2019                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2019 at the address(es) listed below:  
        Deborah T. Feldstein    on behalf of Creditor    Cullen Schaffer dfeldstein@caplaw.net  
        Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for GSR Mortgage Loan Trust 2006-OA1, Mortgage Pass-Through Certificates, Series 2006-OA1    dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Herbert B. Raymond    on behalf of Debtor Silvia L Alvarez herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for GSR Mortgage Loan Trust 2006-OA1, Mortgage Pass-Through Certificates, Series 2006-OA1    rsolarz@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                       TOTAL: 6