```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____
Raymond and Raymond, Esqs.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.;
Jeffrey M. Raymond, Esq.
Kevin de Lyon, Esq.
Attorneys for the Debtor(s)
```

Order Filed on January 23, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No: 18-15006 (SLM) |
| | Adv. No.: |
| SILVIA ALVAREZ, | Hearing Date: |
| DEBTOR(S) | Judge: STACEY MEISEL |

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: January 23, 2020**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor: Silvia Alvarez, Debtor(s)

Case no.: 18-15006 (SLM)

Caption of order: Order Granting Supplemental Counsel Fees
_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Raymond and Raymond, Esqs., the applicant, is allowed a fee of **$1,200.00** for services rendered and expenses in the amount **$163.00** for a total of **$1,363.00**. The allowance shall be payable

___XXXX___   through the Chapter 13 plan as an administrative priority.

_____   outside the plan.

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.