Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  18−15006−SLM
                    Chapter:  13
                    Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Silvia L Alvarez
   aka Sylvia L Alvarez
   607 87th Street
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−5511

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 5/13/20 at 10:00 AM

to consider and act upon the following:

*71* − Motion to Cancel and Discharge Mortgage or Lien RE:Keil and Sons, Fia Card Services, NA, Midland Funding, LLC. Filed by Herbert B. Raymond on behalf of Silvia L Alvarez. Hearing scheduled for 2/26/2020 at 10:00 AM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Certification Of Counsel in Support of Motion to Discharge and Cancel Judgment Liens # 2 Proposed Order Discharging and Cancelling Judgment Liens # 3 Certificate of Service) (Raymond, Herbert)

Dated: 4/28/20

                                      Jeanne Naughton
                                      Clerk, U.S. Bankruptcy Court