UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond & Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Jeffrey M. Raymond, Esq., Kevin DeLyon, Esq., Attorneys for the Debtor(s)

Order Filed on July 2, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

SILVIA L. ALVALREZ, DEBTOR(S)

Case No.: 18-15006 SLM

Adv. No.:

Hearing Date: 2/26/20 @ 10:00 A.M.

Judge: STACEY L. MEISEL

ORDER CANCELLING AND DISCHARGING JUDGMENT LIENS

The relief set forth on the following pages two (2) through four (4), is hereby **ORDERED**.

**DATED: July 2, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor: Silvia L. Alvarez, Debtor(s)

Case no.: 18-15006  SLM

Caption of order: Order Cancelling and Discharging Judgment Liens

_____

1. That the judicial/judgement lien(s) held by Fia Card Services, NA, Midland Funding, LLC and Keil & Sons, in and on real property located at 607 87th Street, North Bergen, New Jersey 07047, entered of record in the Superior Court of New Jersey as follows:

    a. Fia Card Services, NA vs. Alvares
        i. Judgement Number: J 126489 11
        ii. Docket Number: L 000361 10
        iii. Judgment Enter Date: 05/03/2011
        iv. Judgment Filing Date: 02/24/2011
        v. Venue: Hudson County
        vi. Court: LCV
        vii. Filing Location: Hudson
        viii. Processing Location: Hudson
        ix. Amount: $24,337.34 plus interest, costs, docketing fees and attorneys fees

    b. Midland Funding, LLC vs. Silvia Alvarez
        i. Judgement Number: DJ 057188 12
        ii. Docket Number: DC 022980 11
        iii. Judgment Enter Date: 03/13/2012
        iv. Judgment Filing Date: 01/18/2012
        v. Venue: Hudson County
        vi. Court: SCP

Page 3

Debtor: Silvia L. Alvarez, Debtor(s)

Case no.: 18-15006  SLM

Caption of order: Order Cancelling and Discharging Judgment Liens

_____

                vii. Filing Location: Hudson

                viii. Processing Location: Hudson

                ix. Amount: $3,160.62 plus interest, costs, docketing fees and attorneys fees

        c. Keil & Sons vs. Silvia Alvarez

                i. Judgement Number: DJ 103452 15

                ii. Docket Number: SC 000140 14

                iii. Judgment Enter Date: 07/07/2015

                iv. Judgment Filing Date: 02/21/2014

                v. Venue: Hudson County

                vi. Court: SCP

                vii. Filing Location: Hudson

                viii. Processing Location: Hudson

                ix. Amount: $718.59 plus interest, costs, docketing fees and attorneys fees

be and are hereby avoided.

    2. The Clerk of the Superior Court is required to cancel, release and/or remove these lien(s) from the judgement index.

    3. That any and all credit reporting agencies shall honor and comply with this Order by removing and deleting the foregoing liens/judgements from any and all credit reports of the

Page 4

Debtor: Silvia L. Alvarez, Debtor(s)

Case no.: 18-15006   SLM

Caption of order: Order Cancelling and Discharging Judgment Liens

_____

debtor/defendant Silvia L. Alvarez.