|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
| Raymond & Raymond<br>Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>Telephone: (973) 675-5622<br>Telefax (408) 519-6711<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond, Jeffrey M. Raymond, Esq., Kevin DeLyon, Esq., Attorneys for the Debtor(s) | Order Filed on July 2, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>SILVIA L. ALVALREZ, DEBTOR(S) | Case No.: 18-15006 SLM<br>Adv. No.:<br>Hearing Date: 2/26/20 @ 10:00 A.M.<br>Judge: STACEY L. MEISEL |

ORDER CANCELLING AND DISCHARGING JUDGMENT LIENS

 The relief set forth on the following pages two (2) through four (4), is hereby **ORDERED**.

**DATED: July 2, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor: Silvia L. Alvarez, Debtor(s)

Case no.: 18-15006  SLM

Caption of order: Order Cancelling and Discharging Judgment Liens

_____

    1. That the judicial/judgement lien(s) held by Fia Card Services, NA, Midland Funding, LLC and Keil & Sons, in and on real property located at 607 87th Street, North Bergen, New Jersey 07047, entered of record in the Superior Court of New Jersey as follows:

    a. Fia Card Services, NA vs. Alvares
        i. Judgement Number: J 126489 11
        ii. Docket Number: L 000361 10
        iii. Judgment Enter Date: 05/03/2011
        iv. Judgment Filing Date: 02/24/2011
        v. Venue: Hudson County
        vi. Court: LCV
        vii. Filing Location: Hudson
        viii. Processing Location: Hudson
        ix. Amount: $24,337.34 plus interest, costs, docketing fees and attorneys fees

    b. Midland Funding, LLC vs. Silvia Alvarez
        i. Judgement Number: DJ 057188 12
        ii. Docket Number: DC 022980 11
        iii. Judgment Enter Date: 03/13/2012
        iv. Judgment Filing Date: 01/18/2012
        v. Venue: Hudson County
        vi. Court: SCP

Page 3

Debtor: Silvia L. Alvarez, Debtor(s)

Case no.: 18-15006  SLM

Caption of order: Order Cancelling and Discharging Judgment Liens

_____

        vii. Filing Location: Hudson

        viii. Processing Location: Hudson

        ix. Amount: $3,160.62 plus interest, costs, docketing fees and attorneys fees

    c. Keil & Sons vs. Silvia Alvarez

        i. Judgement Number: DJ 103452 15

        ii. Docket Number: SC 000140 14

        iii. Judgment Enter Date: 07/07/2015

        iv. Judgment Filing Date: 02/21/2014

        v. Venue: Hudson County

        vi. Court: SCP

        vii. Filing Location: Hudson

        viii. Processing Location: Hudson

        ix. Amount: $718.59 plus interest, costs, docketing fees and attorneys fees

be and are hereby avoided.

    2. The Clerk of the Superior Court is required to cancel, release and/or remove these lien(s) from the judgement index.

    3. That any and all credit reporting agencies shall honor and comply with this Order by removing and deleting the foregoing liens/judgements from any and all credit reports of the

```
Page 4
Debtor: Silvia L. Alvarez, Debtor(s)
Case no.: 18-15006   SLM
Caption of order: Order Cancelling and Discharging Judgment Liens
_____
 debtor/defendant Silvia L. Alvarez.
```

United States Bankruptcy Court
District of New Jersey

In re:  
Silvia L Alvarez  
    Debtor

Case No. 18-15006-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 02, 2020  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2020.
db            +Silvia L Alvarez,    607 87th Street,    North Bergen, NJ 07047-5104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2020                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2020 at the address(es) listed below:
          Deborah T. Feldstein    on behalf of Creditor    Cullen Schaffer dfeldstein@caplaw.net  
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for GSR Mortgage Loan Trust 2006-OA1, Mortgage Pass-Through Certificates, Series 2006-OA1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Herbert B. Raymond    on behalf of Debtor Silvia L Alvarez herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com  
          Marie-Ann Greenberg    magecf@magtrustee.com  
          Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for GSR Mortgage Loan Trust 2006-OA1, Mortgage Pass-Through Certificates, Series 2006-OA1 rsolarz@kmllawgroup.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                               TOTAL: 6