**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Silvia L Alvarez | Social Security number or ITIN   xxx–xx–5511 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–15006–SLM | |

# Order of Discharge                                                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Silvia L Alvarez
   aka Sylvia L Alvarez

11/30/20                                                  **By the court:** Stacey L. Meisel
                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-15006-SLM |
| Silvia L Alvarez | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 30, 2020 | Form ID: 3180W | Total Noticed: 69 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Silvia L Alvarez, 607 87th Street, North Bergen, NJ 07047-5104 |
| cr | + | Cullen Schaffer, c/o Pellegrino & Feldstein LLC, 290 Route 46 West, Denville, NJ 07834-1239 |
| 517387380 | + | Allstate Insurance Company, PO Box 40048, Roanoke, VA 24022-0048 |
| 517387381 | | Allstate Insurance Company of NJ, PO Box 503, Jackson, MS 39205-0503 |
| 517387382 | + | Anthony L Velasquez, Corporate Counsel, Tryko Partners, 575 Route 70, 2nd Floor, Brick, NJ 08723-4042 |
| 517387383 | + | Anthony L Velasquez, ESQ, Corporate Counsel, Tryko Partners, 575 Route 70, 2nd Floor, P0 Box 1030, Brick, NJ 08723-0090 |
| 517387384 | | Bank of America, PO Box 220411, Greensboro, NC 27420 |
| 517387392 | + | City of North Bergen, Tax Collector, Muncipal Building, 4233 Kennedy Blvd., North Bergen, NJ 07047-2779 |
| 518010559 | + | Cullen Schaffer, 32 Erie Street, Jersey City, NJ 07302-2820 |
| 517387393 | + | D & A Services, 1400 E Toughy Avenue, Suite G2, Des Plaines, IL 60018-3338 |
| 517427837 | + | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517387398 | + | Dynia & Associates LLC, 4849 N Milwaukee Avenue, Suite 801, Chicago, IL 60630-2680 |
| 517387401 | + | FNA Jersey BOI, LLC, 575 Route 70, 2nd Floor, Brick, NJ 08723-4042 |
| 517387399 | | Fia /Bank of America, Attn: Bankruptcy, P0 Box 15021, Wilmington, DE 19850 |
| 517387403 | + | Hackensack University Medical Center, 30 Prospect Street, Hackensack, NJ 07601-1915 |
| 517387404 | + | Hackensack University Medical Center, 30 Prospect Street, PO Box 48028, Hackensack, NJ 07601-1915 |
| 517387402 | + | Hackensack University Medical Center, PO Box 48027, Newark, NJ 07101-4827 |
| 517387405 | + | Hayt, Hayt and Landau, 2 Industrial Way West, P0 Box 500, Eatontown, NJ 07724-0500 |
| 517387406 | + | Hayt, Hayt and Landau ESQ, 2 Industrial Way West, P0 Box 500, Eatontown, NJ 07724-0500 |
| 517387407 | + | Keil & Sons, 1 Bergen Road, Fairview, NJ 07022-1801 |
| 517387412 | + | North Bergen MUA, 6200 Tonnelle Avenue, North Bergen, NJ 07047-3312 |
| 517387413 | + | North Bergen MUA NJ, 6200 Tonnelle Avenue, North Bergen, NJ 07047-3312 |
| 517387414 | + | North Jersey Primary Care Associates, P0 Box 34062, Newark, NJ 07189-0001 |
| 517387415 | + | North Jersey Primary Care Associates, P0 Box 9500-4535, Philadelphia, PA 19195-0001 |
| 517387416 | + | Nudleman, Klemm & Golub, 425 Eagle Roack Avenue, Suite 403, Roseland, NJ 07068-1717 |
| 517387417 | + | Nudleman, Klemm & Golub PC, 425 Eagle Rock Avenue, Suite 403, Roseland, NJ 07068-1717 |
| 517387418 | + | Pam Investors, 127 South Washington Avenue, Bergenfield, NJ 07621-2938 |
| 517387420 | | Pluese, Becker & Saltzman, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 517387421 | + | Plueses, Becker, & Saltzman, Attorneys At Law, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 517387422 | + | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517387423 | + | Pressler & Pressler ESQ, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517387424 | + | Professional Adjmnt Co, 14410 Metropolis Avenue, Fort Myers, FL 33912-4341 |
| 517387426 | + | Professional Adjustment Company, 14410 Metropolis Avenue, Ft Myers, FL 33912-4341 |
| 517387428 | + | SLS, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517387429 | + | SLS, PO Box 636005, Littleton, CO 80163-6005 |
| 517387430 | + | Specialized Loan Servicing, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517387431 | + | Specialized Loan Servicing, LLC, PO Box 636005, Littleton, CO 80163-6005 |
| 517387435 | + | Stenger and Stenger PC LLC, 4095 Embasay Drive, Suite A, Grand Rapids, MI 49546-2457 |
| 517387437 | + | Us Bank, 2 Liberty Place, 50 South 16th Street, Suite 1950, Philadelphia, PA 19102-2516 |
| 517387436 | + | Us Bank, 50 South 16th Street, Philadelphia, PA 19102-2516 |
| 517387439 | + | Wells Fargo, PO Box 911, Des Moine, IA 50304-0911 |

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

| District/off: 0312-2 | User: admin | | Page 2 of 4 |
|---|---|---|---|
| Date Rcvd: Nov 30, 2020 | Form ID: 3180W | | Total Noticed: 69 |

| | | | | |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 30 2020 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 30 2020 21:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Dec 01 2020 02:08:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517387387 | + | EDI: BANKAMER2.COM | Dec 01 2020 02:13:00 | Bank of America, PO Box 9000, Getzville, NY 14068-9000 |
| 517387385 | | EDI: BANKAMER.COM | Dec 01 2020 02:08:00 | Bank of America, PO Box 2240, Brea, CA 92822 |
| 517387386 | + | EDI: BANKAMER2.COM | Dec 01 2020 02:13:00 | Bank of America, PO Box 17645, Baltimore, MD 21297-1645 |
| 517387388 | + | EDI: CCS.COM | Dec 01 2020 02:13:00 | CCS, Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 517387389 | + | EDI: CCS.COM | Dec 01 2020 02:13:00 | CCS, 2 Wells Avenue, Newton Center, MA 02459-3246 |
| 517387390 | + | EDI: CITICORP.COM | Dec 01 2020 02:13:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517387391 | + | EDI: CITICORP.COM | Dec 01 2020 02:13:00 | Citibank, PO Box 91600, Albuquerque, NM 87199-1600 |
| 517387395 | | EDI: DISCOVER.COM | Dec 01 2020 02:13:00 | Discover Card, PO Box 30943, Salt Lake City, UT 84130 |
| 517387394 | | EDI: DISCOVER.COM | Dec 01 2020 02:13:00 | Discover Card, PO Box 30953, Salt Lake City, UT 84130 |
| 517387397 | | EDI: DISCOVER.COM | Dec 01 2020 02:13:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 517387396 | + | EDI: DISCOVER.COM | Dec 01 2020 02:13:00 | Discover Financial, P0 Box 3025, New Albany, OH 43054-3025 |
| 517387400 | + | EDI: BANKAMER.COM | Dec 01 2020 02:08:00 | FIA Card Services, NA, P0 Box 15137, Wilmington, DE 19850-5137 |
| 517387410 | + | EDI: MID8.COM | Dec 01 2020 02:13:00 | Midland Funding, Attn: Bankruptcy, P0 Box 939069, San Diego, CA 92193-9069 |
| 517387409 | + | EDI: MID8.COM | Dec 01 2020 02:13:00 | Midland Funding, 2365 Northside Drive Ste 30, San Diego, CA 92108-2709 |
| 517387434 | + | Email/Text: bncnotices@stengerlaw.com | Nov 30 2020 21:45:00 | Stenger and Stenger ESQ, 4095 Embasay Drive, Suite A, Grand Rapids, MI 49546-2457 |
| 517391400 | + | EDI: RMSC.COM | Dec 01 2020 02:08:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517387438 | + | EDI: WFFC.COM | Dec 01 2020 02:13:00 | Wells Fargo, PO Box 95225, Albuquerque, NM 87199-5225 |
| 517387440 | + | EDI: WFFC.COM | Dec 01 2020 02:13:00 | Wells Fargo Auto Finance, PO Box 29704, Phoenix, AZ 85038-9704 |
| 517387441 | + | EDI: WFFC.COM | Dec 01 2020 02:13:00 | Wells Fargo Automotive, PO Box 60510, Los Angeles, CA 90060-0510 |
| 517387443 | + | EDI: WFFC.COM | Dec 01 2020 02:13:00 | Wells Fargo Dealer Services, Po Box 1697, Winterville, NC 28590-1697 |
| 517387442 | + | EDI: WFFC.COM | Dec 01 2020 02:13:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, P0 Box 19657, Irvine, CA 92623-9657 |
| 517387444 | + | EDI: WFFC.COM | | |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 30, 2020 | Form ID: 3180W | Total Noticed: 69 |

|  |  |  | Dec 01 2020 02:13:00 | Wells Fargo Home Loans, 1 Home Campus, X20501-01H, Des Moines, IA 50328-0001 |
|---|---|---|---|---|
| 517387446 | + | EDI: WFFC.COM | | |
| | | | Dec 01 2020 02:13:00 | Wells Fargo Home Mortgage, PO Box 10437, Des Moines, IA 50306-0437 |
| 517387445 | + | EDI: WFFC.COM | | |
| | | | Dec 01 2020 02:13:00 | Wells Fargo Home Mortgage, 5024 Parkway Plaza Blvd., Charlotte, NC 28217-1962 |
| 517387447 | + | EDI: WFFC.COM | | |
| | | | Dec 01 2020 02:13:00 | Wells Fargo Home Mortgage, Inc., One Home Campus, Des Moines, IA 50328-0001 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518891550 | *+ | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517387408 | *+ | Keil & Sons LLC, 1 Bergen Road, Fairview, NJ 07022-1801 |
| 517387411 | *+ | Midland Funding Co. Inc., 2365 Northside Drive Ste 30, San Diego, CA 92108-2709 |
| 517387419 | *+ | Pam Investors LLC, 127 South Washington Avenue, Bergenfield, NJ 07621-2938 |
| 517387425 | *+ | Professional Adjmnt Co, 14410 Metropolis Ave, Fort Myers, FL 33912-4341 |
| 517387427 | *+ | Professional Adjustment Company, 14410 Metropolis Avenue, Ft Myers, FL 33912-4341 |
| 517387433 | *+ | Specialized Loan Servicing, LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517387432 | *+ | Specialized Loan Servicing, LLC, PO Box 636005, Littleton, CO 80163-6005 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 02, 2020            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Deborah T. Feldstein | on behalf of Creditor Cullen Schaffer dfeldstein@caplaw.net |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for GSR Mortgage Loan Trust 2006-OA1, Mortgage Pass-Through Certificates, Series 2006-OA1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Silvia L Alvarez herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | |

on behalf of Creditor Deutsche Bank National Trust Company as Trustee for GSR Mortgage Loan Trust 2006-OA1, Mortgage Pass-Through Certificates, Series 2006-OA1 rsolarz@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6